AUGUST 10, 1943

**No. 5914.**——*International Products Corp. (William H. Masson, Inc.) v. United States.* Entered at Baltimore, Md. Reap. Dec. 5897. Motion by defendant.